# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**939**

**CAF 13-00701**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF JANET WOODWORTH,
PETITIONER-RESPONDENT,

V                                                                          ORDER

MICHAEL ATKINSON, RESPONDENT,
AND DEANNA LOWDEN, RESPONDENT-APPELLANT.

---

DEANNA LOWDEN, RESPONDENT-APPELLANT PRO SE.

PAMELA A. MUNSON, ATTORNEY FOR THE CHILD, FULTON.

---

Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered January 23, 2013 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent Deanna Lowden to an order of a support magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  September 26, 2014                    Frances E. Cafarell
                                               Clerk of the Court